UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINA BROWN, ) | 2:08-CV-01398-PMP-PAL |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| MGM MIRAGE, a Delaware Corporation, ) | |
| Defendant. ) | |

The Court having read and considered Defendant MGM Mirage's Second Status Report Regarding Arbitration (Doc. #30), filed on October 11, 2010, and it appearing therefrom that this action is resolved thru arbitration, and good cause appearing,

**IT IS ORDERED that** this action is hereby **DISMISSED**.

DATED: October 12, 2010.

_____
PHILIP M. PRO
United States District Judge